No. 3634.—JIMÉNEZ, apdo., *v.* MÁRQUEZ ET AL., apltes.—C. D. Humacao. Servidumbre. Jun. 23, 1925. Señalando los demandados y apelantes como único error el cometido a su juicio por la corte al imponerle el pago de las costas; apareciendo que tal error no existe, ya que la sentencia sostiene la demanda al declarar como declaró que la finca del demandante estaba libre de servidumbre de vistas y al ordenar como ordenó a los demandados demoler la balaustrada en forma de balcón que habían construído hacia la colindancia de la casa del demandante y levantar un muro hasta una altura que cubra totalmente el espacio exterior de la azotea y que haga físicamente imposible las vistas rectas sobre la finca del deman-

dante, resultando de ello la temeridad de los demandados al oponerse, temeridad que lleva consigo la imposición de costas; *se confirma* la sentencia.